UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                         Case No. 3:21-cr-720

        Plaintiff,

v.                                                   ORDER

Darrell Thomas,

        Defendant.

Defendant Darrell Thomas seeks to be released from the Federal Bureau of Prisons facility at which he is incarcerated, either through a compassionate-release order reducing his sentence to time served or an order directing that he be permitted to serve the remainder of his sentence through supervised home confinement. (Doc. No. 52). Section 3582(c)(1)(A) mandates that a defendant seeking modification of his sentence must first fully exhaust all administrative remedies or wait at least 30 days after submitting a request for release to the warden before filing a motion for modification. 18 U.S.C. § 3582(c)(1)(A). Defendant has not complied with the exhaustion requirement.

This requirement is mandatory and not subject to waiver. *United States v. Alam*, 960 F.3d 831, 836 (6th Cir. 2020) (dismissing defendant's untimely motion because defendant filed "before waiting out a statutorily required non-adversarial window"). In these circumstances, I must dismiss Defendant's motion without prejudice. *Id.* Defendant may refile his motion once he has complied with § 3582(c)(1)(A)'s exhaustion requirement.

So Ordered.

                                                              s/ Jeffrey J. Helmick
                                                              United States District Judge